UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.                                      CR. 96-411 BB

SAMUEL SINGLETON, et al.,

    Defendants.

BY THE DIRECTION OF THE HONORABLE BRUCE D. BLACK:

## MINUTE ORDER  SETTING HEARING

    **IT IS ORDERED** that this action is hereby set for a hearing on Carlton Biggers' Objections to the Magistrate Judge's Report & Recommendations, filed October 17, 1997, before the Honorable Bruce D. Black on **NOVEMBER 7, 1997 AT 9:00 A.M.** at the U.S. District Courthouse, 500 Gold S.W. Courtroom 11-East, 11th Floor, Albuquerque, New Mexico.

    The previously-scheduled defense attorney/client conference will convene immediately following the aforementioned hearing.

    Inquiries regarding this notice should be directed to Lincoln Sorrell, Courtroom Deputy to Judge Bruce D. Black, at 248-8080.

                                                         ROBERT M. MARCH, Clerk

*/s/ Robert M March*

**A copy of this document was
electronically transmitted or  mailed
to all counsel of record
on October 31, 1997.**

Signed:_____