UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.                                      CR. 96-411 BB

RAMIRO HERNANDEZ,

    Defendant.

BY THE DIRECTION OF THE HONORABLE BRUCE D. BLACK:

## MINUTE ORDER SETTING HEARING

    **IT IS ORDERED** that this action is hereby set for a hearing on Defendant Ramiro Hernandez' Motions to Suppress [796 and 797], filed November 10, 1997, before the Honorable Bruce D. Black on **JANUARY 21, 1998 AT 1:30 P.M. on a trailing docket,** at the U.S. District Courthouse, 500 Gold Ave. S.W., Albuquerque, New Mexico.

Inquiries regarding this notice should be directed to Lincoln Sorrell, Courtroom Deputy to Judge Bruce D. Black, at 248-8080.

                                                        ROBERT M. MARCH, Clerk

                                                        */s/ Robert M March*

**A copy of this document was electronically transmitted or mailed to all counsel of record on January 15, 1998.**